# EXHIBIT A

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/9/2023 5:11:54 PM

### BUSINESS INFORMATION

| | |
|---|---|
| **CONTROL NUMBER** | J452245 |
| **BUSINESS NAME** | AUTO CUSTOM CARPETS, INC. |
| **BUSINESS TYPE** | Foreign Profit Corporation |
| **EFFECTIVE DATE** | 01/09/2023 |
| **ANNUAL REGISTRATION PERIOD** | 2023 |

### PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **ADDRESS** | PO BOX 1350, 310 Hamric Drive West, ANNISTON, AL, 36202-1350, USA |

### REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| Jeremiah Goodman | 205 West Main Street, Lafayette, GA, 30728, USA | Walker |

### OFFICERS INFORMATION

| NAME | TITLE | ADDRESS |
|---|---|---|
| KENNETH A HOWELL | CFO | 303 HILLDALE RD, ANNISTON, AL, 36207, USA |
| KENNETH A HOWELL | CEO | 303 HILLDALE RD, ANNISTON, AL, 36207, USA |
| Talesia Dalrymple | SECRETARY | 812 Timothy Drive, Oxford, AL, 36203, USA |

### AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kenneth A. Howell |
| **AUTHORIZER TITLE** | Officer |