# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**SHELBY COUNTY, ALABAMA, et al.**,
    Plaintiffs,

v.

**3M COMPANY, et al.**,
    Defendants.

Case No. 1:23-cv-609-CLM

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** Plaintiffs' motion to remand (doc. 3) and **REMANDS** this case to the Circuit Court of Talladega County, Alabama.

Costs taxed as paid.

The court **DIRECTS** the Clerk of Court to take all necessary steps to effectuate the remand.

**Done** and **Ordered** on February 5, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE